1 **BRYAN CAVE LEIGHTON PAISNER LLP**
Keith D. Klein, California Bar No. 184846
2 *keith.klein@bclplaw.com*
Glenn J. Plattner, California Bar No. 137454
3 *glenn.plattner@bclplaw.com*
Katherine Guermacheva, California Bar No. 357498
4 *katherine.guermacheva@bclplaw.com*
120 Broadway, Suite 300
5 Santa Monica, CA  90401-2386
Telephone:     (310) 576-2100
6 Facsimile:      (310) 576-2200

7 Attorneys for Defendant Transcom WorldWide AB

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AI Netomi, Inc., a Delaware Corporation, | Case No. 3:25-cv-03042-LJC |
| Plaintiff, | Assigned to Hon. Lisa J. Cisneros |
| v. | |
| Transcom WorldWide AB, a Swedish Corporation; and DOES 1-10, Inclusive, | **[PROPOSED] ORDER GRANTING STIPULATION REGARDING FILING OF AMENDED COMPLAINT AND RESPONSE DEADLINE** |
| Defendants. | Date Action Filed: March 3, 2025 |
| | Date Action Removed: April 3, 2025 |

Having considered the parties' Joint Stipulation Regarding Filing of Amended Complaint and Response Deadline, and finding good cause, the court hereby **GRANTS** the Stipulation, and **ORDERS** as follows:

1. Plaintiff shall file and serve its First Amended Complaint on or before April 17, 2025;

2. Defendant is not required to respond to the original Complaint. Defendant's deadline to respond to the First Amended Complaint shall be calculated, pursuant to ~~Code~~ the Federal Rules of Civil Procedure, based on the date the First Amended Complaint has been filed and served.

**IT IS SO ORDERED.**

Dated: April 10, 2025

Hon. Lisa J. Cisneros
United States ~~District~~ Magistrate Judge

---

1
[~~PROPOSED~~] ORDER GRANTING STIPULATION REGARDING FILING OF AMENDED COMPLAINT AND RESPONSE DEADLINE