**BRYAN CAVE LEIGHTON PAISNER LLP**
Keith D. Klein, California Bar No. 184846
*keith.klein@bclplaw.com*
Glenn J. Plattner, California Bar No. 137454
*glenn.plattner@bclplaw.com*
Katherine Guermacheva, California Bar No. 357498
*katherine.guermacheva@bclplaw.com*
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:   (310) 576-2100
Facsimile:   (310) 576-2200

Attorneys for Defendant Transcom WorldWide AB

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AI Netomi, Inc., a Delaware Corporation, | Case No. 3:25-cv-03042-LJC |
| Plaintiff, | Assigned to Hon. Lisa J. Cisneros |
| v. | |
| Transcom WorldWide AB, a Swedish Corporation; and DOES 1-10, Inclusive, | **[PROPOSED] ORDER GRANTING STIPULATION REGARDING FILING OF AMENDED COMPLAINT AND RESPONSE DEADLINE** |
| Defendants. | Date Action Filed: March 3, 2025 |
| | Date Action Removed: April 3, 2025 |

[PROPOSED] ORDER GRANTING STIPULATION REGARDING FILING OF AMENDED COMPLAINT AND RESPONSE DEADLINE

1  Having considered the parties' Joint Stipulation Regarding Filing of Amended Complaint
2  and Response Deadline, and finding good cause, the court hereby **GRANTS** the Stipulation, and
3  **ORDERS** as follows:
4      1.    Plaintiff shall file and serve its First Amended Complaint on or before April 17, 2025;
5      2.    Defendant is not required to respond to the original Complaint. Defendant's deadline
6  to respond to the First Amended Complaint shall be calculated, pursuant to the Federal Rules of Civil Procedure ~~Code~~, based on the date
7  the First Amended Complaint has been filed and served.
8      **IT IS SO ORDERED.**

Dated: April 17, 2025

Hon. Lisa J. Cisneros
United States ~~District~~ Magistrate Judge

---

1

[~~PROPOSED~~] ORDER GRANTING STIPULATION REGARDING FILING OF AMENDED COMPLAINT AND RESPONSE DEADLINE