1 **BRYAN CAVE LEIGHTON PAISNER LLP**
Keith D. Klein, California Bar No. 184846
2 *keith.klein@bclplaw.com*
Glenn J. Plattner, California Bar No. 137454
3 *glenn.plattner@bclplaw.com*
Katherine Guermacheva, California Bar No. 357498
4 *katherine.guermacheva@bclplaw.com*
120 Broadway, Suite 300
5 Santa Monica, CA 90401-2386
Telephone:   (310) 576-2100
6 Facsimile:   (310) 576-2200

7 Attorneys for Defendant Transcom WorldWide AB

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AI Netomi, Inc., a Delaware Corporation, | Case No. 3:25-cv-03042-LJC |
| Plaintiff, | Assigned to Hon. Lisa J. Cisneros |
| v. | |
| Transcom WorldWide AB, a Swedish Corporation; and DOES 1-10, Inclusive, | **ORDER GRANTING STIPULATION REGARDING FILING PLAINTIFF'S SECOND AMENDED COMPLAINT AND DEFENDANT'S RESPONSE** |
| Defendants. | Date Action Filed: March 3, 2025 |
| | Date Action Removed: April 3, 2025 |

Having considered the parties' Joint Stipulation Regarding Meet and Confer and Response Deadline, and finding good cause, the court hereby **GRANTS** the Stipulation, and **ORDERS** as follows:

1. Plaintiff shall file and serve its Second Amended Complaint on or before May 19, 2025;

2. The Second Amended Complaint shall (1) dismiss the Violation of California Business & Professions Code Section § 17200 claim with prejudice, (2) amend the Trade Secret Misappropriation claim to be more particular in identifying which trade secrets were allegedly used and how Transcom allegedly used them, and (3) not add any new claims for relief.;

3. Defendant is not required to respond to Plaintiff's First Amended Complaint. Defendant's deadline to respond to the Second Amended Complaint shall be calculated, pursuant to the Federal Rules of Civil Procedure, based on the date the Second Amended Complaint has been filed and served.

**IT IS SO ORDERED.**

Dated: May 12, 2025

Hon. Lisa J. Cisneros
United States Magistrate Judge