| | |
|---|---|
| Rob Buccieri (SBN 204255) | Keith D. Klein (SBN 184846) |
| rbuccieri@vlplawgroup.com | keith.klein@bcplaw.com |
| VLP LAW GROUP LLP | Glenn J. Plattner (SBN 147454) |
| *1534 Plaza Lane, Suite 324* | glenn.plattner@bcplaw.com |
| Burlingame, CA 94010 | Katherine Guermacheva (SBA 357498) |
| Telephone: (650) 235-4431 | katherine.guermacheva@bclplaw.com |
| | BRYAN CAVE LEIGHTON PAISNER LLP |
| | 120 Broadway Suite 300 |
| | Santa Monica, CA 90401-2386 |
| Attorneys for Plaintiff | Attorneys for Defendant and Counterclaimant |
| AI Netomi, Inc. | Transcom WorldWide AB |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AI Netomi, Inc., a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>Transcom WorldWide AB and Does 1-10, inclusive ,<br><br>Defendants.<br><br>―――――――――<br><br>Transcom Worldwide AB,  a Swedish Corporation,<br><br>Counterclaimant,<br><br>v.<br><br>AI Netomi, Inc. a Delaware Corporation,<br><br>Counterclaim – Defendant | Case No.  3:25-cv-03042<br><br>**[Proposed] Order re Stipulated Dismissal with Prejudice** |

-1-

Pursuant to the Parties' stipulation, and good cause appearing,

IT IS HEREBY ORDERED:

1) Plaintiff's Second Amended Complaint and Defendant's Counterclaims are dismissed with prejudice.

2) Each Party shall bear its own attorneys' fees and costs.

3) The Court shall retain jurisdiction, if necessary, to enforce any non-payment terms of the Settlement.

This dismissal constitutes a final resolution of the action.

IT IS SO ORDERED.

Dated: October 17, 2025

_____
Hon. Lisa J. Ciseneros
Magistrate Judge
Northern District of California